UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOE CONNELLY, | No. C 13-04255 RS (LB) |
| Plaintiff, | **NOTICE OF REFERRAL AND ORDER** |
| v. | |
| HANJIN SHIPPING AMERICA, LLC, | [Re: ECF No. 22] |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. Case Management Scheduling Order, ECF No. 22. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: January 17, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 13-04255 RS (LB)
NOTICE OF REFERRAL AND ORDER