1

2

3

4               UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7   JOE CONNELLY,                          Case No. 13-cv-04255-RS
              Plaintiff,

8
        v.
                                          **CASE MANAGEMENT SCHEDULING
9                                          ORDER**
    HANJIN SHIPPING AMERICA, LLC,
10
              Defendant.
11

12          Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case

13   Management Conference on September 18, 2014.  After considering the Joint Case Management

14   Statement submitted by the parties and consulting with the attorneys of record for the parties and

15   good cause appearing, IT IS HEREBY ORDERED THAT:

16          1.      ALTERNATIVE DISPUTE RESOLUTION.

17          MEDIATION.  The parties are engaged in private mediation.

18          2.      DISCOVERY.

19          On or before October 31, 2014 all non-expert discovery shall be completed by the parties.

20   Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-

21   five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of

22   requests for production of documents or for inspection per party; and (d) a reasonable number of

23   requests for admission per party.

24          3.      DISCOVERY DISPUTES.

25          Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and

26   conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.

27   Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under

28   the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter

United States District Court
Northern District of California

United States District Court
Northern District of California

1    Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that

2    Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or

3    set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further

4    discovery matters shall be filed pursuant to that Judge's procedures.

5           4.       EXPERT WITNESSES.

6           The disclosure and discovery of expert witnesses shall proceed as follows:

7           A.  On or before November 15, 2014, parties will designate experts in accordance with

8    Federal Rule of Civil Procedure 26(a)(2).

9           B.  On or before December 6, 2014, parties will designate their supplemental and rebuttal

10   experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

11          C.  On or before December 31, 2014, all discovery of expert witnesses pursuant to Federal

12   Rule of Civil Procedure 26(b)(4) shall be completed.

13          5.       PRETRIAL MOTIONS.

14          All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7.

15   Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial

16   motions shall be heard no later than February 12, 2015.

17          6.       PRETRIAL CONFERENCE.

18          The final pretrial conference will be held on **April 16, 2015 at 10:00 a.m.**, in Courtroom 3,

19   17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each

20   party or lead counsel who will try the case shall attend personally.

21          7.       TRIAL DATE.

22          A jury trial shall commence on **April 27, 2015 at 9:00 a.m.**, in Courtroom 3, 17th Floor,

23   United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

24          **IT IS SO ORDERED.**

25   Dated: September 23, 2014

26

27                                  RICHARD SEEBORG
                                    United States District Judge

28

CASE MANAGEMENT SCHEDULING ORDER

2