IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOE CONNELLY, | No. C 13-04255 RS |
| Plaintiffs, | **STANDBY ORDER OF DISMISSAL** |
| v. | |
| HANJIN SHIPPING AMERICA, LLC., | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by December 15, 2014.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 18, 2014, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 11/3/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE