John A. McGuinn, Esq. (State Bar No. 036047)
Jeannette A. Vaccaro, Esq. (State Bar No. 287129)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone:   (415) 421-9292
Facsimile:   (415) 403-0202

Attorneys for Plaintiff
JOE CONNELLY

Joseph A. Schwachter, Esq. (State Bar No. 108124)
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Telephone:   (415) 433-1940
Facsimile:   (415) 399-8490

Attorneys for Defendant
HANJIN SHIPPING AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOE CONNELLY, | ) | Case No. C 13-04255 RS |
| Plaintiff, | ) ) ) | **STIPULATED DISMISSAL AND ORDER THEREON** |
| v. | ) ) | |
| HANJIN SHIPPING AMERICA, LLC., | ) | [Fed.R.Civ.P. 41(a)] |
| Defendant. | ) ) | |

**STIPULATED DISMISSAL AND ORDER THEREON**

**IT IS HEREBY STIPULATED** by and between the parties hereto, by and through their respective counsel, that this action be dismissed *with prejudice* in its entirety pursuant to Fed.R.Civ.P. 41(a) and that endorsement of this agreement may be by counterpart signatures.

DATED: November 17, 2014          McGUINN, HILLSMAN & PALEFSKY
                                  Attorneys for Plaintiff JOE CONNELLY

                                  By:    /s/ John A. McGuinn
                                         JOHN A. MCGUINN

DATED: November 17, 2014          LITTLER MENDELSON, P.C.
                                  Attorneys for Defendant
                                  HANJIN SHIPPING AMERICA, LLC

                                  By:    /s/ Joseph A. Schwachter
                                         JOSEPH A. SCHWACHTER

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulated Dismissal and Order Thereon.  In compliance with General Order 45.X.B., I hereby attest that the other signatories have concurred in this filing.

Dated: November 17, 2014          By:    /s/ John A. McGuinn
                                         JOHN A. McGUINN
                                         Attorney for Plaintiff JOE CONNELLY

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

STIPULATED DISMISSAL AND ORDER THEREON

**O R D E R**

THE ABOVE STIPULATION HAVING BEEN REVIEWED AND CONSIDERED AND GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).

DATED: 11/19/14

RICHARD G. SEEBORG
Judge, United States District Court

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

STIPULATED DISMISSAL AND ORDER THEREON

3